# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-1745
Lower Tribunal No. CS-2022-026

_____

OLVIE DEMOSTHENE,

Appellant,

v.

DEPARTMENT OF BUSINESS & PROFESSIONAL REGULATION,

Appellee.

_____

Appeal from the Public Employees Relations Commission.

May 14, 2024

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and GANNAM, JJ., concur.


Dean F. Mosley, of the Law Offices of Dean F. Mosley, Orlando, for Appellant.

Brooke Elizabeth Adams, Chief Appellate Counsel, of the Department of Business & Professional Regulation, Tallahassee, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED